UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  Carrie Cherry                                            Case No. 09-38055-KLP
                                                                 Chapter 13
        Debtor

ORDER TO INCUR DEBT

This matter came to be heard upon the Motion of the Debtor for the authority to purchase a vehicle, and it appearing to the Court that the debtor has the opportunity to purchase a 2011 Toyota Camry from Carmax Raleigh in the amount of $18,795.91 with a rate of 18.00% and monthly payments of $432.00 for 72 months.

The Court further determining that it would be in the best interest of the debtor and parties in interest in this case to allow this purchase to take place so that Debtor can maintain her employment after her previous vehicle has been wrecked and because the previous vehicle loan and the bankruptcy will be paid in full through the insurance claim, and for these reasons and other good cause shown, it is hereby

ORDERED that the debtor is authorized to purchase the vehicle described as:

2011 Toyota Camry or a like vehicle with similar financing terms not to exceed an interest rate of 18.00% or a monthly payment of $432.00 from Carmax Raleigh or other competent dealer.

I ask for this:

/s/ Richard J Oulton
Richard James Oulton
Counsel for Debtor

Seen and approved:

/s/ Carl M. Bates
Carl M. Bates
Chapter 13 Trustee

Entered on Docket _____Jan 13 2014_____

Dated:  Jan 13 2014

                                                                 /s/ Keith L. Phillips
                                                                 U.S. Bankruptcy Judge

LOCAL RULE 9022-1 (C) CERTIFICATION

    COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means or by mail first class a true and accurate copy of the Order to Incur Debt to Chapter 13 Trustee and all creditors and to all necessary parties on 1/3/2014.

/s/ Richard J. Oulton
Richard J. Oulton
VSB #29640

PARTIES TO RECEIVE COPIES:

Carl M. Bates
P.O. Box 1819 Richmond, VA 23218-1819

Carmax Raleigh
8520 Glenwood Ave, Raleigh, NC 27612

Carrie Cherry
3351 Willis Grove Ln #204 Raleigh, NC 27615

America Law Group, Inc.
2800 N Parham Rd, Ste 100   Richmond, VA 23294